DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CB LAWN SERVICES, LLC,** and **BML LANDSCAPE & PROPERTY MAINTENANCE, LLC,**
Appellants,

v.

**STEFANIE BUSTILLO** and **FRANCO DIAGO,**
Appellees.

No. 4D2023-0658

[December 21, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case No. COCE21024570.

Nathan Olken of Olken Law, PLLC, Plantation, for appellants.

Max Lopez of the Law Office of Fausto A. Rosales, P.A., Coral Cables, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***